# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

STATE OF WASHINGTON, )
                   )
        Respondent, )
                   )
        v. )
                   )
WILLIAM CHARLES REUTZELL, III, )
                   )
        Appellant. )
                   )

No. 78268-1-I

UNPUBLISHED OPINION

FILED. DEC 2 4 2018

2018 DEC 24 AM 9:16

PER CURIAM — William Reutzell, III, appeals the DNA collection fee imposed as part of his sentence for second degree assault with a deadly weapon. He contends, and the State concedes, that an amendment to RCW 43.43.7541 applies to this appeal and requires that his DNA fee be stricken due to his prior provision of a DNA sample. See State v Ramirez, 191 Wn.2d 732, 426 P.3d 714 (2018). We accept the concession of error and remand with directions to strike the DNA fee from the judgment and sentence.

Remanded.

FOR THE COURT: